# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2012

144631

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                     SC: 144631
                                     COA: 301316
                                     Muskegon CC: 09-058730-FH

KURTIS RAY MINCH,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the December 20, 2011 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). We further order the Muskegon Circuit Court, in accordance with Administrative Order 2003-03, to determine whether the defendant is indigent and, if so, to appoint Kevin J. Wistrom, if feasible, to represent the defendant in this Court. If this appointment is not feasible, the trial court shall, within the same time frame, appoint other counsel to represent the defendant in this Court. The parties shall submit supplemental briefs within 42 days of the date of the order appointing counsel, or a ruling that the defendant is not entitled to appointed counsel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2012

_____
Clerk

t0529